


**Stephen Taylor**
Admitted in NY & CT

43 Danbury Road
Wilton, CT 06897
Tel: 203-653-2250

Office:   203-653-2250 x5502
Fax:      203-653-3424
Email:    staylor@lemberglaw.com

September 14, 2016

**BY ECF**

Hon. Eric I. Long
United States District Court
Central District of Illinois
338 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

    Re:    *Martin v. Pioneer Credit Recovery, Inc.*; Case No. 15-cv-02099

To the Honorable Judge Long,

    I represent the Plaintiff in the above captioned matter.  I write to apologize to the Court that it needed to enter a second order yesterday evening regarding the delay in filing of dismissal documents.

    After the Parties reported settlement on June 22, 2016, the Court directed the Parties to file settlement papers by August 22, 2016, and then extended that deadline to September 6, 2016.  The Parties did not file their stipulation of dismissal until yesterday September 13, 2016.  After the dismissal document was filed, the text order setting a telephone status conference for September 27, 2016, entered. [1]

    Plaintiff should have proactively notified the Court that the settlement was not yet finalized and additional time was needed and apologizes for not doing so.  The delay here in finalizing the settlement was unusual and caused by a disagreement on specific language which was ultimately resolved and the need to execute ancillary documents to the agreement.  Again, however, the Court should have been informed of this.

    The Court has scheduled a telephone conference for the 27th.  If the conference proceeds, counsel will be more than happy to address any issue the Court seeks to discuss.

    Sincerely,

    */s/ Stephen Taylor*

    Stephen Taylor

---

[1] By the terms of the text order and its time (seven minutes after filing of the dismissal) it appears it was unrelated to the stipulation of dismissal.

# **CERTIFICATE OF SERVICE**

      I hereby certify that on September 14, 2016, a true and correct copy of the foregoing was served electronically by the U.S. District Court Central District of Illinois Electronic Document Filing System (ECF) on the following:

Lisa M. Simonetti
VEDDER PRICE (CA), LLP
1925 Century Park East, Suite 1900
Los Angeles, California 90067

David M. Cummings
VEDDER PRICE P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601
*Attorneys for Defendant*

                                                   By */s/ Stephen Taylor*
                                                       Stephen Taylor, Esq.